Paul VEASEY, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 41997.

Missouri Court of Appeals,
Western District.

May 8, 1990.

Claude Hanks, Creve Coeur, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before NUGENT, C.J., FENNER, J., and WASSERSTROM, Senior Judge.

ORDER

PER CURIAM.

Movant appeals from denial, after evidentiary hearing, of Rule 24.035 motion for post-conviction relief.

Judgment affirmed. Rule 84.16(b).